**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHNNY PAUL DODSON**                                                          **PETITIONER**

**VS.**               **CASE NO. 5:05CV00226 JLH/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The petitioner has filed a motion to voluntarily dismiss his application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petitioner recites that he intended to file the petition in state court, and inadvertently filed the suit in federal court.  For good cause shown, the motion to dismiss is granted, and the case is dismissed without prejudice.

IT IS SO ORDERED this __23rd__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHNNY PAUL DODSON**                                                                 **PETITIONER**

**VS.**                          **CASE NO. 5:05CV00226 JLH/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this __23rd__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE