**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHNNY PAUL DODSON**                                             **PETITIONER**

VS.                  **CASE NO. 5:05CV00226 JLH/HDY**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this __23rd__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE